| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>John M. Gay II,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action _____<br>　　(CDCS: 2011A28569) |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant resides in Harris County, Texas, and may be served with process at 5644 Westheimer #160, Houston, TX 77056.

3. *The Debt.* The debt owed to the United States arose through a promissory note. The debt on the date of the Certificate of Indebtedness was:

|   |   |   |   |
|---|---|---|---|
| A. | Current principal | $ | 20,182.74 |
| B. | Interest (capitalized and accrued) | $ | 16,252.84 |
| C. | Administrative fees, costs, penalties<br>(Including $350.00 Filing fee) | $ | 350.00 |
| D. | Attorney's fees | $ | 785.00 |
| E. | Balance due | $ | 37,570.58 |
| F. | Prejudgment interest accrues at 3.27% per annum being $1.81 per day. | | |

  G. The current principal in paragraph 3 A is after credits of $787.61.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

  A. The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

  B. Attorney's fees; and,

  C. Other relief the court deems proper.

          Respectfully submitted,

          CERSONSKY, ROSEN & GARCÍA, P.C.

     By: _____
         M. H. Cersonsky, TBN: 04048500
         1770 St. James Place, Suite 150
         Houston, Texas 77056
         Telephone: (713) 600-8500
         Fax: (713) 600-8585

         Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1. You have been served in a lawsuit.

2. If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer. If you do not, a default judgment will be taken against you.

3. Your written response is due 21 days after the day you got the lawsuit papers.

4. Mail your written response to:

   Clerk
   United States District Court
   P.O. Box 61010
   Houston, Texas 77208

   and send a copy to the lawyers for the United States at:

   M. H. Cersonsky
   Cersonsky, Rosen & García, P.C.
   1770 St. James Place, Suite 150
   Houston, Texas 77056

   Be sure to put your case number and name on your response.

5. If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.